UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| LAWRENCE R. WRIGHT | * | CIVIL ACTION NO. 14-2600<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| WILLIE SHAW, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the stay is LIFTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

In Chambers, at Shreveport, Louisiana, this 27th day of June 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE